DANIEL FEINBERG – CA State Bar No. 135983
Email: dfeinberg@lewisfeinberg.com
MARGARET E. HASSELMAN – CA State Bar No. 228529
Email:  mhasselman@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 - 9th Street
Oakland, CA 94607
Tel: (510) 839-6824
Fax: (510) 839-7839

RICHARD E. DONAHOO – CA State Bar No.: 186957
Email: rdonahoo@donahoo.com
SARAH L. KOKONAS – CA State Bar No.: 262875
Email: skokonas@donahoo.com
DONAHOO & ASSOCIATES
440 W. First Street, Suite 101
Tustin, California 92780
Tel: (714) 953-1010
Fax: (714) 953-1777

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLVE BANK & TRUST, in its capacity as Special Trustee of the Southern California Pipeline Construction, Inc. Employee Stock Ownership Plan,<br><br>Plaintiffs,<br>vs.<br><br>BCC CAPITAL PARTNERS, LLC, *et al.*,<br>Defendants. | Case No. SACV 12-1901- FMO- (ANx)<br><br>**ORDER** |

///

///

///

[PROPOSED] ORDER                              Page 1

1     The Court having reviewed Plaintiff's Notice of Erratum and Request to
2 Strike Document from Court File, the pleadings and papers on file herein, and
3 good cause appearing therefor,
4     **IT IS HEREBY ORDERED** that the "PLAINTIFF EVOLVE BANK &
5 TRUST'S INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)" filed and
6 served by plaintiff on February 20, 2013, *ECF doc. no. 31*, is stricken from the
7 court's file.

8

9 Dated: February 27, 2013       /s/ Fernando M. Olguin   .
10                                               JUDGE OF THE UNITED STATES
                                              DISTRICT COURT